IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA

Kalaiah Jefferson,

PLAINTIFF,

vs

CAINE & WEINER COMPANY,

DEFENDANT.

Case No:

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2023 NOV 20  A 10: 22
CLERK_____
SO. DIST. OF GA.

JURY TRIAL DEMAND

CV 523-105

## COMPLAINT

### PRELIMINARY STATEMENT

1. Plaintiff, Kalaiah Jefferson, brings this action against the Defendant, Caine & Weiner Company, ("Caine & Weiner"), pursuant to the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692 *et seq*. This action arises out of the Defendant's repeated violations of the FDCPA in their illegal efforts to collect consumer debt. The Plaintiff has never done business with the Defendant and has no contractual agreement with them. The Plaintiff had never heard of the Defendant until they attempted to collect an alleged debt from her, and she will demonstrate strict proof through exhibits of evidence that she does not owe the alleged debt in question. According to the FDCPA, the United States Congress has found abundant evidence of the use of abusive, deceptive, and unfair debt collection practices by many debt collectors, and has determined that abusive debt collection practices contribute to the number of personal life, to marital instability, and to

invasions of individual privacy. Congress wrote the FDCPA to eliminate abusive debt collection practices by debt collectors, to insure that those debt collectors who refrain from using abusive debt collection practices are not competitively disadvantaged, and to promote consistent State action to protect consumers against debt collection abuses. 15 U.S.C. 1692(a) – (e).

2. Plaintiff brings this action to challenge the Defendant, Caine & Weiner Company, ("Caine & Weiner") actions with regard to attempts by the Defendant, a debt collector, to unlawfully and abusively collect a debt allegedly owed by Plaintiff, and this conduct caused Plaintiff damages.

3. Caine & Weiner acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, lawyers, representatives, and/or insurers.

## JURISDICTION AND VENUE

4. Original and supplemental jurisdiction exist pursuant to 28 U.S.C. §§ 1331, 1367.

5. The Defendant conducts business in the state of Georgia, and therefore, personal jurisdiction is established.

6. Venue is proper in this District pursuant to 28 U.S.C. § 1391(b), in that the Defendant transacts business here and a substantial portion of the acts giving rise to this action occurred in this district.

## PARTIES

7. The plaintiff is a natural person who, at all relevant times, resided in the City of Douglas, Coffee County, Georgia.

8. Plaintiff is a "consumer" as defined by 15 U.S.C. § 1692a(3).

9. Defendant, Caine & Weiner, is a business entity that regularly conducts business in the state of Georgia and has a place of business located at 5805 Sepulveda Blvd. 4th Floor in Sherman Oaks, California, 91411.

## FACTUAL ALLEGATIONS

10. The Plaintiff allegedly incurred a financial obligation (the "Debt") to a non-party, Progressive (the "Creditor") in the amount of $221.00.

11. The Debt arose from services provided by the Creditor that were primarily for family, personal, or household purposes and that meets the definition of a "debt" under 15 U.S.C. § 1692a(5).

12. The Debt was purchased, assigned, or transferred to the Defendant for collection, or Caine & Weiner was employed by the Creditor to collect the Debt.

13. The Defendant attempted to collect the Debt and, as such, engaged in "communications" as defined in 15 U.S.C. § 1692a(2).

14. The Defendant contacted the Plaintiff in an attempt to collect the Debt through a letter dated March 13, 2023. **Exhibit A**

15. After receiving notice of the Debt, the Plaintiff disputed the fraudulent accounts on credit karma, with transunion and equifax, **Exhibit B** and also sent a debt validation letter certified to the Defendant on April 12, 2023, requesting proof that the alleged debt actually belonged to her, that her wet ink signature was on the debt that was harming her consumer report, that she had signed a contract with the Defendant allowing them to have

her nonpublic personal information along with a cease and desist to stop contacting her. **Exhibit C**

16. After receipt of the Plaintiff's certified letter, the Defendant continued its collection efforts before providing validation by calling the Plaintiff on May 11, 2023, at her cellular device number ending in 9417.

17. The Plaintiff checked her credit on and found that the Defendant was still reporting to her credit report after 30 days had passed with no response from the Defendant pertaining to the debt validation letter she sent. **Exhibit D**

18. The alleged debt validation notice from Caine & Weiner was not sent until May 23, 2023, and when it was, it contained just two pieces of paper that falsely claimed to be a copy of the debt validation. **Exhibit E**

19. Furthermore, the Plaintiff did not receive the information requested in the Debt validation letter sent on April 12, 2023, proving her debtor status, in the validation notice from Caine & Weiner.

20. The Plaintiff sent one final dispute letter to the Defendant demanding proof of validation of debt on July 13, 2023 along with a Notarized Identity Theft Affidavit. **Exhibit F**. As of today's date, the Defendant has yet to respond.

21. The Plaintiff has suffered and continues to suffer actual damages as a result of the Defendants' unlawful conduct.

22. As a direct consequence of the defendant's acts, practices, and conduct, the Plaintiff has suffered and continues to suffer from humiliation, anger, emotional distress, frustration, and embarrassment.

## 15 U.S. Code § 6802 - Obligations with respect to disclosures of personal information

### (a) NOTICE REQUIREMENTS

Except as otherwise provided in this subchapter, a financial institution may not, directly or through any affiliate, disclose to a nonaffiliated third party any nonpublic personal information, unless such financial institution provides or has provided to the consumer a notice that complies with section 6803 of this title.

### (b) OPT OUT

#### (1) IN GENERAL

A financial institution may not disclose nonpublic personal information to a nonaffiliated third party unless—

(A) such financial institution clearly and conspicuously discloses to the consumer, in writing or in electronic form or other form permitted by the regulations prescribed under section 6804 of this title, that such information may be disclosed to such third party;

(B) the consumer is given the opportunity, before the time that such information is initially disclosed, to direct that such information not be disclosed to such third party; and

(C) the consumer is given an explanation of how the consumer can exercise that nondisclosure option.

## 15 U.S. Code § 1640 - Civil liability

### (a) INDIVIDUAL OR CLASS ACTION FOR DAMAGES; AMOUNT OF AWARD; FACTORS DETERMINING AMOUNT OF AWARD

Except as otherwise provided in this section, any creditor who fails to comply with any requirement imposed under this part, including any requirement under section 1635 of this title, subsection (f) or (g) of section 1641 of this title, or part D or E of this subchapter with respect to any person is liable to such person in an amount equal to the sum of—

*(1)any actual damage sustained by such person as a result of the failure;*

*(2)*

  *(A)*

    *(i)in the case of an individual action twice the amount of any finance charge in connection with the transaction, (ii) in the case of an individual action relating to a consumer lease under part E of this subchapter, 25 per centum of the total amount of monthly payments under the lease, except that the liability under this subparagraph shall not be less than $200 nor greater than $2,000, (iii) in the case of an individual action relating to an open end consumer credit plan that is not secured by real property or a dwelling, twice the amount of any finance charge in connection with the transaction, with a minimum of $500 and a maximum of $5,000, or such higher amount as may be appropriate in the case of an established pattern or practice of such failures; [1] or (iv) in the case of an individual action relating to a credit transaction not under an open end credit plan that is secured by real property or a dwelling, not less than $400 or greater than $4,000; or together with a reasonable attorney's fee as determined by the court;*

23. Caine & Weiner acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, lawyers, representatives, and/or insurers.

## COUNT I: VIOLATION OF THE FDCPA 15 U.S.C. § 1692, *et seq.*

24. All of the aforementioned paragraphs of this complaint are incorporated by reference by the Plaintiff as if they were written in full.

25. Defendant violated the FDCPA based on the following:

26. Defendant violated §1692e of the FDCPA by making false, deceptive, and misleading representations in connection with debt collection.

27. The Defendants violated 15 U.S.C. 1692e(8), which prohibits the communication of credit information known to be false or which should be known as false, including the failure to communicate that a disputed debt is disputed.

28. The Defendant violated 15 U.S.C. 1692e(10), which states that the use of any false representation or deceptive means to collect or attempt to collect any debt or to obtain information concerning a consumer.

29. Caine & Weiner used unfair and unconscionable means to collect a Debt, in violation of 15 U.S.C. § 1692f.

30. The Defendant continued collection efforts even though the Debt had not been validated, in violation of 15 U.S.C. § 1692g(b).

31. The foregoing acts and omissions of the Defendant constitute numerous and multiple violations of the FDCPA, including every one of the above cited provisions.

32. The plaintiff is entitled to actual damages as a result of the Defendant's violations.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff, KALAIAH JEFFERSON, respectfully requests judgment be entered against Defendants, Caine & Weiner Company for the following:

A. Actual damages pursuant to 15 U.S.C. § 1692k(a)(1) against the Defendants;

B. Statutory damages of $1,000.00 pursuant to 15 U.S.C. §1692k(a)(2)(A) against the Defendant;

C. Actual damages from the Defendant for all damages, including emotional distress suffered as a result of the intentional, reckless, and/or negligent FDCPA violations; and

D. Such other and further relief may be just and proper.

## VERIFICATION OF COMPLAINT AND CERTIFICATION

**STATE OF GEORGIA**

**Plaintiff, KALAIAH JEFFERSON, states as follows:**

1. I am the Plaintiff in this civil proceeding.
2. I have read the above-entitled civil Complaint and I believe that all of the facts contained in it are true, to the best of my knowledge, information and belief formed after reasonable inquiry.
3. I believe that this civil Complaint is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification or reversal of existing law.
4. I believe that this civil Complaint is not interposed for any improper purpose, such as to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a needless increase in the cost of litigation to any Defendant(s), named in the Complaint.
5. I have filed this Complaint in good faith and solely for the purposes set forth in it.
6. Each and every exhibit I have provided has been attached to this Complaint is true and correct.
7. Except for clearly indicated redactions where appropriate, I have not entered, changed, modified or fabricated these exhibits, except that some of the attached exhibits may contain some of my own handwritten notations.

Pursuant to 28 U.S.C. § 1746(2), I, KALAIAH JEFFERSON, hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true, and correct.

DATE:   11/13/2023

/s/ Kalaiah Jefferson
KALAIAH JEFFERSON
PO BOX 2234
Douglas, Ga 31534
772-801-9417
Kalaiahjefferson17@gmail.com
Pro Se Litigant

**Caine & Weiner**
Est. 1930

12005 Ford Road Suite 300
Dallas, TX 75234

Regular Office Hours: Monday – Friday 8:00 am – 5:00 pm

Ex A

Phone: 888-501-7747

March 13, 2023

Creditor: PROGRESSIVE
922225883
Progressive Mountain Insurance Co
Personal Auto-2011KIA

Balance: $221.10
C&W Account #: 13936738

Your account has been listed with our company for collection. If paid in full to this office, all collection activity will be stopped. This is an attempt to collect a debt by a debt collector and any information obtained will be used for that purpose.

We are providing you with verification information as obtained from the creditor regarding this account in response to a recent communication we received. After receiving this information, please contact us to review any remaining questions you may have or to review repayment options.

Creditor: Progressive
Company: Progressive Mountain Insurance Co   Policy Type: Personal Auto
Policy Start: 06-07-18   Policy Cancel: 09-04-18
Last Payment Date 08-01-18   Last Payment Amount $303.75
Vehicle Information:
2011   KIA   OPTIMA

To speak with us directly, contact us at (972)777-9686.

Sincerely,
CAINE & WEINER
*ROXANN SKINNER*
(972)777-9686

Notice: See Reverse Side For Important Information.

ICU044192RD133PRG-428613039

***Detach Lower Portion and Return with Payment***

---

12005 Ford Road Suite 300
Dallas, TX 75234

CHANGE SERVICE REQUESTED

Scan Barcode or visit www.connectcw.com to pay online.
Pay by Phone at 1-844-497-5053
See Reverse Side For More Payment Options

REMIT TO:

Caine & Weiner
12005 Ford Road Suite 300
Dallas, TX 75234

March 13, 2023

KALAIAH JEFFERSON
PO Box 2234
Douglas GA 31534-2234

| C&W ACCOUNT # | Balance: |
|---|---|
| 13936738 | $221.10 |
| AMT PAID | $ |


ACA INTERNATIONAL
The Association of Credit and Collection Professionals
Member



| | |
|---|---|
| Account status | Open |
| Type | Unpaid |
| Responsibility | Individual Account. |
| Remarks | Consumer disputes this account information |
| Original Creditor Name | PROGRESSIVE |
| Closed | No Info |

**You could dispute an error with Equifax**

**SEE AN ERROR?**

We've sent your dispute request to TransUnion, and we'll let you know when it's complete.

GO TO EQUIFAX

**Creditor Information**

CAINE & WEINER COMPA
5805 SEPULVEDA BLVD. 4TH FLOOR
SHERMAN OAKS, CA 91411

(818) 226-6000

# Public Records

Things like bankruptcies and legal judgments against you can show up on your credit report and do some damage to your score.

 Today    Credit    Cards    Loans    Money



# DEBT VALIDATION LETTER

April 12th, 2023

Kalaiah Jefferson
P.O. BOX 2234
Douglas, Ga 31534

Dear Caine & Weiner Company,

This letter is being sent to you in response to the fraudulent account number 13936738 that is on my credit report.

Be advised, this is not a refusal to pay but a notice sent pursuant to the **Fair Debt Collection Practices Act, 15 USC 1692g**, stating your claim is disputed and validation is requested.

This is **not** a request for "verification" or proof of my mailing address, but a request for VALIDATION made pursuant to the above-named title and section. I respectfully request that your offices provide me with competent evidence that I have any legal obligation to pay you along with my wet ink signature on a contract between your company and I.

At this time, I will also inform you that if your office has reported invalidated information to any of the 3 major credit bureaus (Equifax, Experian, or TransUnion), this action may constitute fraud under both federal and state laws. Due to this fact, if any negative mark is found on any of my credit reports by your company or the company that you represent, I will not hesitate in bringing legal action against you and your client for the following: Violation of the Fair Credit Reporting Act, and Violation of the Fair Debt Collection Practices Act.

If your office is able to provide the proper documentation as requested in the following declaration, I will require at least 30 days to investigate this information, during which time all collection activity must cease and desist. Also, during this validation period, if any action is taken that could be considered detrimental to any of my credit reports, I will consult with my legal counsel about whether to take suit. This includes any listing of any information in a credit reporting repository that could be inaccurate or invalid.

If your office fails to respond to this validation request within **30 days** from the date of your receipt, all references to this account must be deleted and completely removed from my credit file, and a copy of such a deletion request shall be sent to me immediately.

Sincerely,
*Kalaiah Jefferson*

Certified Mail

## CEASE AND DESIST

I would also like to request, in writing, that no telephone contact be made by your offices to my home. If your offices attempt telephone communication with me, it will be considered harassment, and I will have no choice but to file suit. All future communications with me MUST be done in either writing or email.

Sincerely,<br>
*Kalaiah Jefferson*

Certified Mail



Ex D

| | |
|---|---|
| **VERIZON WIRELESS/SOU**<br>Reported: Feb. 28, 2023 | $207.00<br>**Closed** |
| **FINGERHUT/WEBBANK**<br>Reported: Aug. 17, 2021 | $0.00<br>**Closed** |

## Hard Inquiries

When you apply for a new credit account, a hard inquiry will usually get added to your report, which can make a small dent in your score. Here are the inquiries on your Equifax report.

| | |
|---|---|
| **LOAN SOUTH FINANCE O**<br>Inquiry: Mar. 10, 2022 | Personal Loans Cos.<br>(229) 777-0058 |

## Collections

If you've fallen behind on payments, your account could be sent to a collections agency. This can have a big impact on your credit score.

| | |
|---|---|
| **LVNV FUNDING LLC**<br>Reported: Apr. 04, 2023 | $233.00<br>**Needs Attention** |
| **MERCHANTS & MEDICAL**<br>Reported: Apr. 12, 2023 | $4,107.00<br>**Needs Attention** |
| **CAINE & WEINER COMPA**<br>Reported: Mar. 27, 2023 | $221.00<br>**Needs Attention** |

## Public Records

Things like bankruptcies and legal judgments against you can show up on your credit report and do some damage to your score.

*Lookin' good! As of Apr. 17, 2023, you have no public records on your report.*

Today · Credit · Cards · Loans · Money

**Caine & Weiner**
*Est. 1930*

12005 Ford Road Suite 300
Dallas, TX 75234

Regular Office Hours: Monday – Friday 8:00 am – 5:00 pm

Phone: 888-501-7747

May 23, 2023

Ex. E

Creditor: PROGRESSIVE
922225883
Progressive Mountain Insurance Co
Personal Auto-2011KIA

Balance:       $221.10
C&W Account #: 13936738

Your account has been listed with our company for collection. If paid in full to this office, all collection activity will be stopped. This is an attempt to collect a debt by a debt collector and any information obtained will be used for that purpose.

We are providing you with verification information as obtained from the creditor regarding this account in response to a recent communication we received. After receiving this information, please contact us to review any remaining questions you may have or to review repayment options.

Creditor: Progressive
Company:          Progressive Mountain Insurance Co    Policy Type:       Personal Auto
Policy Start:     06-07-18                             Policy Cancel:     09-04-18
Last Payment Date 08-01-18                             Last Payment Amount $303.75
Vehicle Information:
2011                              KIA                                    OPTIMA

To speak with us directly, contact us at (888)501-7747.

Sincerely,
CAINE & WEINER
*Tiffany Lewis*
(888)501-7747

Notice: See Reverse Side For Important Information.

ICU044192RD133PGI-469345208

***Detach Lower Portion and Return with Payment***

---

12005 Ford Road Suite 300
Dallas, TX 75234
CHANGE SERVICE REQUESTED

Scan Barcode or visit www.connectcw.com to pay online.
Pay by Phone at 1-844-497-5053
See Reverse Side For More Payment Options

REMIT TO:
Caine & Weiner
12005 Ford Road Suite 300
Dallas, TX 75234

May 23, 2023

KALAIAH JEFFERSON
PO Box 2234
Douglas GA 31534-2234

| C&W ACCOUNT # | Balance: |
|---|---|
| 13936738 | $221.10 |
| AMT PAID | $ |



ACA INTERNATIONAL
The Association of Credit and Collection Professionals

GRAHAM FARMS INS
PO BOX 1526
DOUGLAS, GA 31533



KALAIAH JEFFERSON
Valued customer since 2018

**Policy Number: 922225883**
Underwritten by:
Progressive Mountain Insurance Co
Date of Mailing: September 25, 2018
Policy Period: Jun 7, 2018 - Dec 7, 2018
Page 1 of 1

**GRAHAM FARMS INS**
1-912-384-6200
**Online Service**
progressiveagent.com
**Customer Service**
1-800-876-5581

KALAIAH JEFFERSON
645 DOUGLAS AVE
NICHOLLS, GA 31554

# Final Bill

Please note that you no longer have insurance with us, effective September 4, 2018.

Your policy canceled and there is still a balance due. Please see your payment summary below for more information. Please know that your payment will satisfy the amount that is past due, but it will not reinstate your policy. Failure to pay the amount owed by the due date may result in your referral to a collections agency.

| | |
|---|---:|
| Total | $1,001.10 |
| Total amount paid | -780.00 |
| **Total amount due** | **$221.10** |
| **Due date** | **Upon receipt** |

If you have any questions, please call Customer Service.

---

# Payment Coupon

| | |
|---|---:|
| **Total amount due** | **$221.10** |
| **Due date** | **Upon receipt** |
| Amount enclosed | $ |

PROGRESSIVE
DEPT 0561
CAROL STREAM IL 60132-0561

**Policy Number: 922225883**
KALAIAH JEFFERSON

**For immediate payment**, please go to progressiveagent.com or call 1-800-876-5581.

**If you pay by check**, please allow five to seven days for your payment to reach us. Write your policy number on the check and make it payable to Progressive Mountain Insurance Co.

Do not write below this section of coupon.
04-05442     Form Z706 (08/12)

05619222588310242  0022110  0022110  5000758  3659499  000006071807

DATE: 07/13/2023

Ex F.

KALAIAH JEFFERSON
P.O. BOX 2234
DOUGLAS, GA 31534

Caine & Weiner
12005 Ford Road Suite 300
Dallas, Tx 75234

**Re: Acct # 13936738**

Dear Caine & Weiner,

    This letter is regarding account number 13936738, which you claim is a derogatory condition. Yet again, you have failed to provide me with a copy of any viable evidence bearing my signature that shows the account is being reported accurately. Be advised that the description of the procedure used to determine the accuracy and completeness of the information is hereby requested.

    Additionally, please provide the name, address, and telephone number of each person who personally verified this alleged account, so that I can inquire about how they "verified" without providing any proof and bearing my signature. I am again formally requesting a copy of any documents bearing my signature, showing that I have a legally binding contractual obligation to pay you the alleged amount.

    An employee looking at their computer screen and seeing my name listed in their database is NOT verification or validation of any alleged debt. Be aware that I am making a final goodwill attempt to have you clear up this matter. The listed item is entirely inaccurate and incomplete and represents a serious error in your reporting.

    I am maintaining a careful record of my communications with you for the purpose of filing a complaint with the FTC and the Attorney General's Office, should you continue in your non-compliance with federal laws under the Fair Debt Collection Practices Act. I further remind you that you may be liable for your willful non-compliance as per FDCPA 807 [15 USC 1681n], for false or misleading representations [15 USC 1962e], for negligent noncompliance [15 USC 1681o], and for compliance procedures [15 USC 1681e].

Please Note: This notice is a third attempt to correct your records, and any information received from you will be collected as evidence should any further action be necessary. This is a request for information only and is not a statement, an election, or a waiver of status.

Sincerely,
KALAIAH JEFFERSON
Without Prejudice

**P.S. Please be aware that, depending on your response, I might disclose any potential problems with your company in an online press release that is available to the public, along with any supporting evidence for any potential small claims action. You have 15 days from the date above to respond and/or delete the negative account on my report and replace it with positive feedback.**

# IDENTITY THEFT AFFIDAVIT

(1) My full legal name is:
Kalaiah Moncaye Jefferson
(First) (Middle) (Last) (Jr., Sr., III) –Please Print

(2) When the events described in this affidavit took place, I was known as:
Same as full legal name
(First) (Middle) (Last) (Jr., Sr., III) –Please Print

(3) My date of birth is 06/12/1996 (day/month/year)

(4) My Social Security number is 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

(5) My driver's license or identification card state and number are:
Number 059373305
State Georgia

(6) My current address is:
Address: 500 N Wheeler Ave Apt 705
City Douglas
Zip Code 31533    State GA

(7) I have lived at this address since 05/2020 (month/year)

(8) When the events described in this affidavit took place, my address was: (If different from above)
Address: 1761 SW Dove Lane
City Port St Lucie
Zip Code 34953    State FL

(9) I lived at the address in Item 8 from 12/2017 until 05/2020

(10) My daytime telephone number is (772) 801-9417
My evening telephone number is (   )

(11) I am submitting this IDENTITY THEFT AFFIDAVIT in connection with the following account(s)
- Creditor Name: Caine & Weiner
- Creditor Account Number: 13936738
- Account Number:
- Other Information:

- Creditor Name:
- Creditor Account Number:
- Account Number:
- Other Information:

How the Fraud Occurred. Check and/or fill out all that apply for items 12 - 18:

(12) ☑ I did not authorize anyone to use my name or personal information to seek the money, credit, loans, goods or services described in this report.

(13) ☐ I did not receive any benefit, money, goods or services as a result of the events described in this report.

(14) My identification documents (for example, credit cards; birth certificate; driver's license; Social Security card; etc.) were stolen or about _____. (day/month/year)

PHXP5S02700409004090304I0000

Kalaiah Jefferson
Printed Name

Kalaiah Jefferson
Signature

05/22/23
Dated

(Notary Seal) [Seal: MISTY M PHILLIPS, NOTARY PUBLIC, EXP. June 03, 2024, COFFEE COUNTY, GA]

Nalyn Phillips
(Notary Signature)

O. Box 2254
Douglas, GA 31534



Retail

UNITED STATES POSTAL SERVICE

30901

RDC 01   0 Lb 8.10 Oz

U.S. POSTAGE PAID
USPS Ground Advtg
DOUGLAS, GA 31533
NOV 13, 2023
**$6.25**
R2305M148339-08

U.S. District Courthouse
600 James Brown Blvd
Augusta, GA 30901



USPS TRACKING® #

9500 1136 7137 3317 5813 93